UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANTHONY SCOTT LLOYD,<br><br>　　　　Defendant. | CR No. 17-CR-00720-SVW<br><br><u>I N D I C T M E N T</u><br><br>[18 U.S.C. § 115(a)(1)(B):<br>Threatening a United States<br>Official] |

　　The Grand Jury charges:

[18 U.S.C. § 115(a)(1)(B)]

　　On or about October 22, 2017, in Los Angeles County, within the Central District of California, defendant ANTHONY SCOTT LLOYD knowingly threatened to murder a United States official, namely, a United States Congresswoman for the State of California, with the intent to impede, intimidate, and interfere with the Congresswoman

///
///
///
///
///

while she was engaged in the performance of official duties, and with the intent to retaliate against the Congresswoman on account of the performance of official duties.

A TRUE BILL

/S/
Foreperson

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

VERONICA DRAGALIN
Assistant United States Attorney
General Crimes Section